UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRESSIE SMILEY,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER**

20 Civ. 04998 (CS) (AEK)

    WHEREAS, the Court remanded this case to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on March 11, 2021 (ECF No. 16), and retained jurisdiction pursuant to sentence six of 42 U.S.C. § 405(g);

    WHEREAS, the administrative proceedings on remand have culminated in a February 4, 2022 decision fully favorable to Plaintiff, a copy of which is attached hereto; and

    WHEREAS, it is appropriate to reopen this case in order to resolve the Court's sentence six jurisdiction;

    IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party.

    The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

SO ORDERED:

*Cathy Seibel*    3/5/25

_____
HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE