# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

TRESSIE SMILEY,

                       Plaintiff,                                20 **CIVIL** 4998 (CS(AEK)

        -against-                                      **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 5, 2025, that this action is dismissed with prejudice and without costs to either party. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

      March 6, 2025

                                                            **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                                     **BY:**

                                                             **Deputy Clerk**